ACCEPTED
03-13-00400-CV
3909736
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:13:18 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00400-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:13:18 AM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS,

*Appellant,*

v.

RYAN, LLC,

*Appellee.*

On Appeal from the 200th Judicial District Court
Travis County, Texas

## NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellant gives notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts on January 2, 2015. Accordingly, the Appellant now should be designated "Glenn Hegar, Comptroller of Public Accounts of the State of Texas."

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney
  General

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

SCOTT A. KELLER
Solicitor General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

CHARLES K. ELDRED
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

On January 27, 2015, this **Notice of Automatic Substitution of Public Officer** was served by File & Serve Xpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com

*Lead Counsel for Appellee*

/s/ Rance Craft
Rance Craft